UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing<br>☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | Place of Offense<br><br>**Jackson**<br>County and elsewhere | Matter to be Sealed<br>☑ Secret Indictment<br>☐ Juvenile |
|---|---|---|---|

**Defendant Information**
Defendant Name        Kendra Kingsbury
Alias Name            N/A
Birthdate             10/4/1972

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☑ No   if yes, original case number _____
New Defendant                       ☑ Yes  ☐ No
Prior Complaint Case Number, if any       N/A
Prior Target Letter Case Number, if any   N/A

**U.S. Attorney Information**
AUSA       Patrick Edwards & David Raskin

**Interpreter Needed**
☐ Yes       Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody            Writ Required     ☐ Yes  ☐ No
☐ Currently on Bond                     Warrant Required  ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:793.F/9752/4 | Willful Retention of National Defense Information | 1, 2 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

(May be continued on reverse)

Date   5/18/2021            Signature of AUSA   */s/ Patrick Edwards*