IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,                                          **FILED UNDER SEAL**

                        Plaintiff,

        v.                                                          Case No. 21-00101-01-CR-W-SRB

KENDRA KINGSBURY,
                        Defendant.

## ORDER TO UNSEAL

        Upon application of the Government to unseal the Indictment in the above captioned case,

and for good cause shown,

        IT IS HEREBY ORDERED that the Indictment in the above-captioned case, and the

Government's application to unseal, shall be unsealed.

        SO ORDERED.


 May 21, 2021                                    /s/ W. Brian Gaddy
Date                                             HONORABLE W. BRIAN GADDY
                                                 United States Magistrate Judge
                                                 Western District of Missouri