IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENDRA KINGSBURY, <br><br> Defendant. | Case No. 21-00101-01-CR-W-SRB |

ENTRY OF APPEARANCE

Comes now the undersigned Assistant United States Attorney and enters his appearance as counsel for the United States in the above-referenced case.

          Respectfully submitted,

          Teresa A. Moore
          Acting United States Attorney

By   */s/ David Raskin*

          David Raskin
          Assistant United States Attorney

          Charles Evans Whittaker Courthouse
          400 East Ninth Street, Suite 5510
          Kansas City, Missouri 64106
          Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 21, 2021, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

          */s/ David Raskin*
          David Raskin
          Assistant United States Attorney