# U.S. District Court
# DISTRICT OF KANSAS (Wichita)
# CRIMINAL DOCKET FOR CASE #: 6:21−mj−06081−KGG−1

| | |
|---|---|
| Case title: USA v. Kingsbury | Date Filed: 05/21/2021 |
| Other court case number: 4:21−cr−00101−SRB−1 Western District of Missouri (Kansas City) | |

Assigned to: Magistrate Judge Kenneth G. Gale

**Defendant (1)**

| | | |
|---|---|---|
| **Kendra Kingsbury** | represented by | **S. Lynn Burke**<br>Office of Federal Public Defender − Wichita<br>850 Epic Center<br>301 North Main Street<br>Wichita, KS 67202<br>316−269−6265<br>Alternative Phone: 316−250−9113<br>Cell Phone: 316−250−9113<br>Email: lynn_burke@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Number: 26619*<br>*Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to Western District of Missouri | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Katherine J. Andrusak**<br>Office of United States Attorney – Wichita<br>301 North Main Street, Suite 1200<br>Wichita, KS 67202–4812<br>316–269–6481<br>Alternative Phone:<br>Cell Phone:<br>Email: katie.andrusak@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 25961*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/21/2021 | | | ARREST (Rule 5(c)(3) Out) of Kendra Kingsbury. (sz) (Entered: 05/21/2021) |
| 05/21/2021 | 1 | | ENTRY OF APPEARANCE by attorney S. Lynn Burke appearing for Kendra Kingsbury. (Burke, S.) (Entered: 05/21/2021) |
| 05/21/2021 | 2 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Kendra Kingsbury held on 5/21/2021 by Zoom. Due Process Protections Act advisement given. The Government adopted the recommendations of Pretrial Services for release on conditions. Release is ordered with a $10,000 unsecured bond. Defendant's next appearance as directed before Magistrate Judge W. Brian Gaddy in the Western District of Missouri (Kansas City). (Tape #1:39–1:49) (mam) (Entered: 05/21/2021) |
| 05/21/2021 | 3 | | CJA 23 FINANCIAL AFFIDAVIT by Kendra Kingsbury. (mam) (Entered: 05/21/2021) |
| 05/21/2021 | 4 | | CONSENT TO APPEAR BY VIDEO OR TELEPHONE CONFERENCE for initial appearance and detention hearing as to Kendra Kingsbury. (mam) (Entered: 05/21/2021) |
| 05/21/2021 | 5 | | ORDER SETTING CONDITIONS OF RELEASE as to Kendra Kingsbury (1) – $10,000 unsecured bond. Signed by Magistrate Judge Kenneth G. Gale on 5/21/2021. (mam) (Entered: 05/21/2021) |
| 05/21/2021 | 6 | | BOND POSTED as to Kendra Kingsbury. (mam) (Entered: 05/21/2021) |
| 05/24/2021 | | | NOTICE TO COUNSEL as to Kendra Kingsbury – Pursuant to the Due Process Protections Act, the government is reminded of its obligations pursuant to Brady v. Maryland and its progeny to disclose material that is favorable to the defendant and material to defendants guilt or punishment. The failure to do so in a timely manner may include dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other |

| | | | remedy that is just under the circumstances. (cc) (Entered: 05/24/2021) |
|---|---|---|---|

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:ksd_nef@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Kenneth G. Gale (ksd_gale_chambers@ksd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5320705@ksd.uscourts.gov
Subject:Activity in Case 6:21-mj-06081-KGG USA v. Kingsbury Arrest − Rule 5(c)(3) Out
```
Content−Type: text/html

## U.S. District Court

### DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered on 5/21/2021 at 2:54 PM CDT and filed on 5/21/2021

**Case Name:**           USA v. Kingsbury
**Case Number:**         6:21−mj−06081−KGG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
 **ARREST (Rule 5(c)(3) Out) of Kendra Kingsbury. (sz)**


**6:21−mj−06081−KGG−1 Notice has been electronically mailed to:**

**6:21−mj−06081−KGG−1 Notice has been delivered by other means to:**

Date: 5-21-21

United States of America,

Plaintiff,

Age: 48

v.

Kendra Kingsbury,

Defendant.

Case No. 21-m-6081-01-KGG

FILED U.S. District Court District of Kansas MAY 21 2021 Clerk, U.S. District Court By _____ Deputy Clerk

via zoom

JUDGE: ☐ Birzer ☑ Gale
DEPUTY CLERK: ☐ Anderson ☑ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: Andrusak
DEFENSE COUNSEL: Burke
TAPE NO.: 1:39 - 1:49

## PROCEEDINGS

☐ Initial Appearance
☑ Initial Rule 5(c)(3) 10 min
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment    ☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

☐ Complaint ☑ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: 2 ☐ Forfeiture
☑ Felony         ☐ Misdemeanor
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☑ Defendant affirmation/sworn         ☑ Examined re: financial status         ☑ Counsel appointed
☑ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☑ Release ordered              ☑ Bond fixed at: $ 10,000 Unsec ☐ Continued on present bond/conditions
☐ Temp. det. ordered            ☐ Detention ordered                  ☐ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is   ☐ granted.   ☐ denied.   ☐ withdrawn.   ☐ taken under advisement.
☑ The Government adopted the recommendations of Pretrial Services for release on conditions.
  Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☑ as directed before Judge Gaddy in charging district.
☐ per the Scheduling Order of Judge _____
☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____



# In the United States District Court
# for the District of Kansas

**FILED**
U.S. District Court
District of Kansas
MAY 21 2021
Clerk, U.S. District Court
By _____ Deputy Clerk

**United States of America**,
*Plaintiff*,

v.                                    Case No. 21-M-6081-01-KGG

**Kendra Kingsbury**,
*Defendant*.

## Consent to Appear by Video Teleconference or Telephone Conference

I, _____Kendra Kingsbury_____, understand that under Federal Rule of Criminal Procedure 43 and the United States Constitution I have a right to be present in open court for the below-listed proceedings in my criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below-listed, marked proceedings:

✓ initial appearance             ___ Rule 40 appearance

___ arraignment                  ___ misdemeanor plea & sentencing

✓ detention hearing              ___ felony plea

___ preliminary hearing          ___ felony sentencing

___ waiver of indictment         ___ probation/supervised release revocation proceedings (including pretrial release)

☑ Pursuant to Administrative Order 2020-9, defense counsel of record has signed electronically on the defendant's behalf. Counsel states the following:

 (1) The defendant has had the opportunity to consult with counsel;
 (2) The defendant agrees to the waiver or consent; and
 (3) The defendant agrees that counsel may sign the waiver or consent on the defendant's behalf.

s/Kendra Kingsbury
Defendant

s/Lynn Burke
Defense Counsel

5-21-21
Date

☐ Client is Spanish speaking; therefore, a Spanish interpreter was used.

Federal Public Defender 6.30.20

# UNITED STATES DISTRICT COURT
for the

District of Kansas



| United States of America | ) |
|---|---|
| v. | ) |
|  | )  21-M-6081-01 |
| KENDRA KINGSBURY | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:   UNITED STATES DISTRICT COURTHOUSE, 400 East Ninth Street,
   Courtroom 6D, Kansas City, Missouri 64016, before Judge Gaddy
   *Place*

   on   June 1, 2021, at 10:00 AM
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

(6) Surrender only passport and passport card in Missouri.

(7) Obtain no new passport.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

   Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
   While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.
   It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
   If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.
   A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

   I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5/24/21                                          _____
                                                        Judicial Officer's Signature

                                                       KENNETH G. GALE, UNITED STATES MAGISTRATE JUDGE
                                                        *Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 21-m-6081-01-kgg |
| KENDRA KINGSBURY | ) | |
| *Defendant* | ) | |

*FILED MAY 21 2021, Clerk, U.S. District Court, District of Kansas, By ___ Deputy Clerk*

## APPEARANCE BOND

### Defendant's Agreement

I, KENDRA KINGSBURY _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
    ( X )   to appear for court proceedings;
    ( X )   if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(  ) (1)   This is a personal recognizance bond.

( ✓ ) (2)   This is an unsecured bond of $ 10,000.00 _____ .

(  ) (3)   This is a secured bond of $ _____ , secured by:

    (  ) (a)   $ _____ , in cash deposited with the court.

    (  ) (b)   the agreement of the defendant and each surety to forfeit the following cash or other property
    *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c)   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:
(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5/20/21

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: 5-21-21

Cassie Carter
Signature of Clerk or Deputy Clerk

Approved.

Date: 5/21/21

_____
Judge's signature

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:ksd_nef@localhost.localdomain
Bcc:
--Case Participants: Katherine J. Andrusak (caseview.ecf@usdoj.gov,
katie.andrusak@usdoj.gov, kay.macneil@usdoj.gov), S. Lynn Burke (jackie_carter@fd.org,
lorraine_schroeder@fd.org, lynn_burke@fd.org), Magistrate Judge Kenneth G. Gale
(ksd_gale_chambers@ksd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5321160@ksd.uscourts.gov
Subject:Activity in Case 6:21-mj-06081-KGG USA v. Kingsbury Notice - Due Process
Protections Act
Content−Type: text/html
```

# U.S. District Court

## DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 5/24/2021 at 8:58 AM CDT and filed on 5/24/2021

| | |
|---|---|
| **Case Name:** | USA v. Kingsbury |
| **Case Number:** | 6:21−mj−06081−KGG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **NOTICE TO COUNSEL as to Kendra Kingsbury – Pursuant to the Due Process Protections Act, the government is reminded of its obligations pursuant to Brady v. Maryland and its progeny to disclose material that is favorable to the defendant and material to defendants guilt or punishment. The failure to do so in a timely manner may include dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. (cc)**


**6:21−mj−06081−KGG−1 Notice has been electronically mailed to:**

Katherine J. Andrusak     katie.andrusak@usdoj.gov, caseview.ecf@usdoj.gov, kay.macneil@usdoj.gov

S. Lynn Burke     lynn_burke@fd.org, jackie_carter@fd.org, lorraine_schroeder@fd.org

**6:21−mj−06081−KGG−1 Notice has been delivered by other means to:**