IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KENDRA KINGSBURY,<br><br>                Defendant. | Case No. 21-00101-01-CR-W-SRB |

**GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The Government respectfully moves, pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA"); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA Section 9); Rules 16 and 57 of the Federal Rules of Criminal Procedure; the general supervisory authority of the Court; and to protect the national security, to enter the accompanying proposed Protective Order regarding the disclosure and dissemination of classified national security information and documents. The proposed Protective Order has been reviewed and approved by both the Defendant and the Classified Information Security Officer ("CISO") assigned to this matter.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By  */s/ David Raskin*

Patrick C. Edwards
David Raskin
Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

Scott A. Claffee
Trial Attorney
National Security Division
U.S. Department of Justice
Washington, D.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on _____, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ David Raskin*
David Raskin
Assistant United States Attorney