# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

United States of America  Case Number: 21-00101-01-CR-W-SRB
v.
KENDRA KINGSBURY  Date: October 13, 2022

Honorable Stephen R. Bough presiding at Kansas City, Missouri

Time commenced: 11:27 a.m.  Time terminated: 11:45 a.m.

| Plaintiff | Appearances | Defendant |
|---|---|---|
| Patrick Edwards, AUSA | | Marc Ermine |
| David Raskin, AUSA | | |

**PROCEEDINGS:**

Defendant appears to change their plea from not guilty to guilty to Counts One and Two of the Indictment.

- X  Defendant sworn.
- X  Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
- X  NO Plea agreement filed.
- X  Plea is accepted by the Court.
- X  Court orders Presentence Investigation (PSI).
- X  Defendant to remain on bond under all previously imposed conditions of release.

REMARKS: Sentencing is set for March 16, 2023, at 1:30 p.m.

Court Reporter: Gayle Wambolt  Tracey Richard, Courtroom Deputy