UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Stephen R. Bough

UNITED STATES OF AMERICA                    Case No: 21-00101-01-CR-W-SRB
vs.                                         Date: June 21, 2023
KENDRA KINGSBURY
    Plaintiff Counsel:                    Defendant Counsel:
    Patrick Edwards                       Marc Ermine
    Time Commenced: 1:29 p.m.             Time Terminated: 3:10 p.m.
-------------------------------------------------------------------------------------------------------------------

Government calls S.A. Joel Feekes. Witness is sworn. Direct examination begins at 1:35 p.m. Court examination begins at 2:00 p.m. Cross examination begins at 2:05 p.m. Witness excused at 2:24 p.m.

Court orally rules the objections to the PSR as set forth on the record. Court finds defendant's Criminal History Category to be I.

Total Offense Level: 23; Criminal History Category: I; Imprisonment Range: 46-57 mos.; Supervised Release Range: Cts. 1 & 2: 1-3 yrs.; Fine Range: $20,000-$200,000; SA: $200; Restitution: N/A.

The Defendant is sentenced to Counts 1 and 2.

INCARCERATION:
X     The Court hereby orders the defendant to serve the following term of incarceration with the FBP.
      **46 months as to each Counts 1 and 2; terms to run concurrently for a total term of 46 months.**
X     Defendant shall self-surrender on or before July 21, 2023.

SUPERVISED RELEASE:
X     The Court hereby orders the defendant to serve the following term of Supervised Release.
      **3 years as to each Counts 1 and 2; terms to run concurrently.**
SPECIAL CONDTIONS OF SUPERVISED RELEASE:
X     See J&C for special conditions of Supervised Release.

FINE:
X     Fine Waived.

RESTITUTION:
X     N/A

SPECIAL ASSESSMENT:
X     The Court imposes the following Special Assessment: $200

X     The Court advises the Defendant of their right to appeal.


Court Reporter: Gayle Wambolt                                                   Tracey Richard, Courtroom Deputy