IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )   CRIMINAL/~~CIVIL~~ 21-00101-01-cr-W-SRB
                           )   ACTION NUMBER:
   vs.                     )
                           )
Kendra Kingsbury           )   Date: June 21, 2023
            Defendants.    )

## EXHIBITS

√ = Offered & Admitted without objection
X = Offered & Admitted over objection
Ex. = Offered, but objected to and excluded
N.O. = Marked but not offered

D.B. = Admitted, de bene
W.D. = Offered then withdrawn
Ltd. = Admitted for limited purposes

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | √ | 6/21/23 | 2:25pm | Letters in Support |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # 1  I CERTIFY that I have this date _____ received the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits, listed above, for which I will hold myself responsible.

Marc Ermine
PRINTED NAME

_____
SIGNATURE