IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,  )
                Plaintiff,  )
                        )
vs.                             )   _____
                        )   District Court Docket No.
_____,  )
                        )   _____
                Defendant.  )   District Court Judge

## NOTICE OF APPEAL

    Notice is hereby given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the:

[ ] Judgment & Commitment    [ ] Order _____ (specify) entered in this action on

_____
Date

_____         _____
Signature of Defendant's Counsel       Typed Name of Counsel

_____         _____
Street Address                                Telephone Number

_____         _____
City, State ZIP                              Social Security Number
                                                            (For all CJA compensation)

_____
Dated

## TRANSCRIPT ORDER FORM
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT*

[ ]    Please prepare transcript of:        [ ]    I am not ordering a transcript:
        [ ] Pretrial Proceedings                        Reason: [ ] Previously filed.
        [ ] Testimony or                                 [ ] Other _____
        [ ] Portions thereof
        [ ] Sentencing
        [ ] Post-trial proceedings
        [ ] Other _____

## CERTIFICATE OF COMPLIANCE

    Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)) Method of payment:
{ } Funds [ ] CJA Form 24, completed and attached.

Attorney's Signature _____    Date _____

*NOTE: Complete all items on reverse side

## INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: _____

_____

2. Date of Verdict: _____ Jury _____ Non-jury _____

   Offense: _____

_____

   Trial Testimony--Number of Days _____. Bail Status: _____

3. Sentence and Date Imposed: _____

_____

4. Date Trial Transcript Ordered by Counsel or District Court: _____

   Stenographer in Charge (Name, Address & Telephone Number): _____

_____

5. Trial Counsel was [ ] appointed  [ ] retained.

   Does Defendant's financial status warrant appointment of counsel on appeal? _____

   Affidavit of financial status filed: _____

   Is there any reason why trial counsel should not be appointed as counsel on appeal? _____

_____

6. Assistant United States Attorney and FTS Number: _____

_____

*     *     *

_____

### COURT REPORTER ACKNOWLEDGMENT

_____

| Date Order Received | Estimated Completion Date | Estimated No. of Pages |

_____

| Court Reporter's Signature | Date |