Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: USA v. Kingsbury | Case No. 21-cr-00101-SRB |
|---|---|
| Appellant: **Kendra Kingsbury** | Appellee: **USA** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **William Ermine**<br>Federal Public Defender's Office - KCMO<br>Walnut Street<br>1000 Walnut<br>Ste. 600<br>Kansas City, MO 64106<br>816-471-8282<br>Email: marc_ermine@fd.org | **Patrick C Edwards**<br>United States Attorney's Office-KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>816-426-4317<br>Email: patrick.edwards@usdoj.gov<br><br>**David Raskin**<br>United States Attorney's Office-KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>816-426-4179<br>Email: david.raskin@usdoj.gov |
| Court Reporter(s):<br><br>Gayle Wambolt | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO 64106**<br><br>Contact Person for Appeal:<br>Jason_Terry@mow.uscourts.gov |

| Length of Trial:<br>N/A | Fee:<br>Waived | IFP:<br>Yes | Pending IFP Motion:<br>No |
|---|---|---|---|
| Counsel:<br>FPD | Pending Motions?<br>No | Local Interest?<br>No | Simultaneous Release?<br>No |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| **Defendant Incarcerated?**<br>No | **Where?** | **Multiple Defendants?**<br>No |
|---|---|---|

**Special Comments:** None