*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*WESTERN DIVISION*

| | | |
|---|---|---|
| U.S.A. | *U.S.D.C.* | 21-cr-00101-SRB |
| vs. | | |
| **Kendra Kingsbury** | *U.S.C.A.* | 23-2550 |

*Three sealed copies of the Pre-Sentence Report (Doc #36) with Addendum (Doc #47)*
*Three sealed copies of the Statement of Reasons (Doc #42)*
*One volume of Sentencing Transcript (Doc #48)*
*One volume of Change of Plea Transcript (Doc #31)*

*From the desk of*
*Jason Terry*
*816-512-5068*

*NOTE: Attached and forwarded are transcripts in the above-captioned criminal appeal.* Please note that these transcripts are UNREDACTED and may not be copied for the general public.  Please refer any transcript copy requests to US District Court, Western District of Missouri.